# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY KANE CAMPBELL, | CASE NO. 1:10-cv-02193-OWW-GBC PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION, WITHOUT PREJUDICE, FOR FAILURE TO STATE A CLAIM |
| v. | |
| LAWRENCE J. TURNER, et al., | |
| Defendants. | (Docs. 1, 6, 8) |

Plaintiff Wesley Kane Campbell[1] ("Plaintiff"), a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed the complaint in this action on November 24, 2010. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 9, 2010, the Magistrate Judge issued findings and recommendations recommending that the action be dismissed for failure to state a claim. The parties were given thirty days within which to file objections. Plaintiff filed an objection on January 12, 2011. The Court has considered Plaintiff's objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

---

[1] Plaintiff is also known as Kane Campbell.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed December 9, 2010, are adopted in full;
2. This action, is dismissed, without prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983;
3. All pending motions are terminated;
4. This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g); and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   January 25, 2011**                         /s/ Oliver W. Wanger
                                                     UNITED STATES DISTRICT JUDGE